# United States District Court

### DISTRICT OF Massachusetts

Plaintiff

Mr. Paul Burke
**V.**
Ms. Carol Mici

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, __Mr. Paul Burke__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above−entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Shirley Medium Prison, Post Office Box #1218, Shirley Massachusetts 01464__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institu-tion(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take−home salary or wages and pay period and give the name and address of your employer.

   N/A

   b. if the answer is "No" state the date of your last employment, the amount of your take−home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self−employment | [ ] Yes N/A | [ ] No |
   | b. Rent payments, interest or dividends | [ ] Yes N/A | [ ] No |
   | c. Pensions, annuities or life insurance payments | [ ] Yes N/A | [ ] No |
   | d. Disability or workers compensation payments | [ ] Yes N/A | [ ] No |
   | e. Gifts or inheritances | [ ] Yes N/A | [ ] No |
   | f. Any other sources | [X] Yes | [ ] No |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. Petitioner's Mother sends money from time to time.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_June 5, 2004,_ 
DATE

Paul Zinke
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __115.22__ on account to his/her

credit at (name of institution) __M C I  S H I R L E Y__ . I further certify

that the applicant has the following securities to his/her credit: __N/A__

_____. I further certify that during the past six months the applicant's

average balance was $ __VARIES__ .

_6-7-04_ 
DATE

_Kinsala, Fiscal Officer_
SIGNATURE OF AUTHORIZED OFFICER

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20040607 10:40**

Page : 1

| | |
|---|---|
| Commit# : W66722 | MCI SHIRLEY (MEDIUM) |
| Name : BURKE, PAUL, , | Statement From   20031205 |
| Inst : MCI SHIRLEY (MEDIUM) | To   20040605 |
| Block : F-2 | |
| Cell/Bed : 35 /35B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,510.96 | $3,319.81 | $0.00 | $0.00 |
| 20031209 13:39 | IS - Interest | 2062791 | | SHI | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20031209 22:30 | CN - Canteen | 2077300 | | SHI | ~Canteen Date : 20031209 | $0.00 | $57.61 | $0.00 | $0.00 |
| 20031210 08:26 | ML - Mail | 2079338 | | SHI | ~SOVEREIGN# 5737971~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20031216 22:30 | CN - Canteen | 2107522 | | SHI | ~Canteen Date : 20031216 | $0.00 | $59.29 | $0.00 | $0.00 |
| 20031218 09:51 | ML - Mail | 2122087 | | SHI | ~CITIZENS # 9930736278~BURKE, RITA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031218 09:58 | ML - Mail | 2122992 | | SHI | ~CITIZENS# 9930168035~BURKE, DAVID, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031219 09:02 | ML - Mail | 2127733 | | SHI | ~TELEPHONE WORKERS#455711~MATTIE, PATRICIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031219 09:03 | ML - Mail | 2127741 | | SHI | ~WACHOVIA# 7628502927~JOHNSTON, FLORENCE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031222 22:30 | CN - Canteen | 2138906 | | SHI | ~Canteen Date : 20031222 | $0.00 | $60.20 | $0.00 | $0.00 |
| 20031223 15:01 | IC - Transfer from Inmate to Club A/c | 2142688 | | SHI | ~APPLIANCE ORDER~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20031230 08:48 | ML - Mail | 2168385 | | SHI | ~NO SENDER INFO POSTAL# 06529158538 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031230 22:30 | CN - Canteen | 2171868 | | SHI | ~Canteen Date : 20031230 | $0.00 | $61.68 | $0.00 | $0.00 |
| 20040106 22:30 | CN - Canteen | 2199854 | | SHI | ~Canteen Date : 20040106 | $0.00 | $60.68 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230311 | | SHI | | $0.31 | $0.00 | $0.00 | $0.00 |
| 20040113 22:30 | CN - Canteen | 2244538 | | SHI | ~Canteen Date : 20040113 | $0.00 | $52.07 | $0.00 | $0.00 |
| 20040116 08:56 | ML - Mail | 2263086 | | SHI | ~FLEET# 454115673~BURKE, KEVIN, , JR. | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040120 22:30 | CN - Canteen | 2272909 | | SHI | ~Canteen Date : 20040120 | $0.00 | $49.54 | $0.00 | $0.00 |
| 20040126 10:10 | ML - Mail | 2294895 | | SHI | ~SOVEREIGN# 5865478~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040127 22:30 | CN - Canteen | 2302699 | | SHI | ~Canteen Date : 20040127 | $0.00 | $49.39 | $0.00 | $0.00 |
| 20040203 22:31 | CN - Canteen | 2330471 | | SHI | ~Canteen Date : 20040203 | $0.00 | $44.14 | $0.00 | $0.00 |
| 20040206 08:57 | ML - Mail | 2346918 | | SHI | ~SOVEREIGN# 5877220~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2359906 | | SHI | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20040211 07:28 | CN - Canteen | 2374360 | | SHI | ~Canteen Date : 20040210 | $0.00 | $48.59 | $0.00 | $0.00 |
| 20040211 08:37 | ML - Mail | 2375699 | | SHI | ~MARSHA BURKE MERTOPOLITAN CREDIT # 12395! | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040217 22:31 | CN - Canteen | 2401997 | | SHI | ~Canteen Date : 20040217 | $0.00 | $49.93 | $0.00 | $0.00 |
| 20040220 08:45 | ML - Mail | 2419891 | | SHI | ~MAIRE BURKE SOVEREIGN# 5738167 | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040220 13:19 | IC - Transfer from Inmate to Club A/c | 2421048 | | SHI | ~CLOTHING ORDER~KCN WASH ACCOUNT  Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $54.39 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040607 10:40

| | |
|---|---|
| Commit# : | W66722 |
| Name : | BURKE, PAUL, , |
| Inst : | MCI SHIRLEY (MEDIUM) |
| Block : | F-2 |
| Cell/Bed : | 35 /35B |

MCI SHIRLEY (MEDIUM)

Page : 2

Statement From 20031205
To 20040605

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040224 22:30 | CN - Canteen | 2429792 | | SHI | ~Canteen Date : 20040224 | $0.00 | $49.82 | $0.00 | $0.00 |
| 20040302 22:30 | CN - Canteen | 2459999 | | SHI | ~Canteen Date : 20040302 | $0.00 | $49.83 | $0.00 | $0.00 |
| 20040304 09:09 | ML - Mail | 2474441 | | SHI | ~SOVEREIGN# 5738208~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491325 | | SHI | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20040309 22:30 | CN - Canteen | 2508688 | | SHI | ~Canteen Date : 20040309 | $0.00 | $49.60 | $0.00 | $0.00 |
| 20040316 22:30 | CN - Canteen | 2535653 | | SHI | ~Canteen Date : 20040316 | $0.00 | $45.55 | $0.00 | $0.00 |
| 20040318 09:55 | ML - Mail | 2549339 | | SHI | ~TRAV EXP 4452198683 ~CHAPLIN, NANCY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040318 12:34 | ML - Mail | 2549861 | | SHI | ~SOVEREIGN BANK 6066765 ~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040323 22:30 | CN - Canteen | 2564929 | | SHI | ~Canteen Date : 20040323 | $0.00 | $45.89 | $0.00 | $0.00 |
| 20040326 08:41 | ML - Mail | 2582115 | | SHI | ~SOVEREIGN BANK 5865712 ~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040330 22:30 | CN - Canteen | 2593782 | | SHI | ~Canteen Date : 20040330 | $0.00 | $47.57 | $0.00 | $0.00 |
| 20040406 22:30 | CN - Canteen | 2621857 | | SHI | ~Canteen Date : 20040406 | $0.00 | $44.22 | $0.00 | $0.00 |
| 20040407 08:25 | ML - Mail | 2623526 | | SHI | ~SOVEREIGN# 5865740~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040413 08:11 | ML - Mail | 2648351 | | SHI | ~CITIZENS# 9930699733~BURKE, RITA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651917 | | SHI | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20040413 22:30 | CN - Canteen | 2667150 | | SHI | ~Canteen Date : 20040413 | $0.00 | $39.65 | $0.00 | $0.00 |
| 20040414 08:07 | ML - Mail | 2668804 | | SHI | ~MEDFORD COOP# 16062~CHAPLIN, NANCY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040415 08:22 | ML - Mail | 2680380 | | SHI | ~MEDFORD COOP# 16585~BURKE, KEVIN, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040420 08:44 | ML - Mail | 2691347 | | SHI | ~SOVEREIGN# 6008342~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040420 22:30 | CN - Canteen | 2695070 | | SHI | ~Canteen Date : 20040420 | $0.00 | $49.85 | $0.00 | $0.00 |
| 20040427 22:30 | CN - Canteen | 2723079 | | SHI | ~Canteen Date : 20040427 | $0.00 | $49.59 | $0.00 | $0.00 |
| 20040504 08:19 | ML - Mail | 2749014 | | SHI | ~SOVEREIGN# 6043592~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040504 22:30 | CN - Canteen | 2753516 | | SHI | ~Canteen Date : 20040504 | $0.00 | $46.97 | $0.00 | $0.00 |
| 20040511 22:30 | CN - Canteen | 2782127 | | SHI | ~Canteen Date : 20040511 | $0.00 | $48.57 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796275 | | SHI | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20040513 08:28 | ML - Mail | 2809479 | | SHI | ~SOVEREIGN BANK 6043635 ~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040518 22:30 | CN - Canteen | 2824846 | | SHI | ~Canteen Date : 20040518 | $0.00 | $48.04 | $0.00 | $0.00 |
| 20040524 08:11 | ML - Mail | 2846393 | | SHI | ~SOVEREIGN# 5877435~BURKE, MARIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040525 22:30 | CN - Canteen | 2855754 | | SHI | ~Canteen Date : 20040525 | $0.00 | $45.47 | $0.00 | $0.00 |
| 20040601 22:30 | CN - Canteen | 2880673 | | SHI | ~Canteen Date : 20040601 | $0.00 | $46.96 | $0.00 | $0.00 |
| 20040604 08:45 | ML - Mail | 2898424 | | SHI | ~SOVEREIGN BANK 5877454 | $40.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20040607 10:40**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W66722 | | | | MCI SHIRLEY (MEDIUM) | | | | Page : | 3 |
| Name : | BURKE, PAUL, , | | | Statement From | 20031205 | | | | | |
| Inst : | MCI SHIRLEY (MEDIUM) | | | To | 20040605 | | | | | |
| Block : | F-2 | | | | | | | | | |
| Cell/Bed : | 35 /35B | | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Income | Personal Expense | Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | --BURKE, MARIE, , | | | | |
| | | | | | | $1,296.16 | $1,372.09 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $115.22 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $115.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |