AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions—Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District **Massachusetts** **First Circuit** | | |
|---|---|---|---|
| Name **Mr. Paul Burke** | Prisoner No. **W#66722** | | Case No. |
| Place of Confinement | M.C.I. Shirley Medium W#66722<br>Post Office Box #1218<br>Shirley, Massachusetts 01464 | | |
| Name of Petitioner (include name under which convicted) | | Name of Respondent (authorized person having custody of petitioner) | |
| | MR. PAUL BURKE —Vs— MS. CAROL MICI | | |
| The Attorney General of the State of: | **Massachusetts** | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **Essex Superior Court**

   **Docket Number, 1999-00055,**

2. Date of judgment of conviction **June 29, 1999,**

3. Length of sentence **SEVEN TO TWELVE YEAR SENTENCE,**

4. Nature of offense involved (all counts) **Carjacking, M.G.L.s c. 265 §21A.**

5. What was your plea? (Check one)
   (a) Not guilty            ☒
   (b) Guilty               ☐
   (c) Nolo contendere      ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury            ☒
   (b) Judge only      ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Massachusetts Court Of Appeals' No: 2000-P-0708,__

   (b) Result __Denied: Sep. 20, 2001,__

   (c) Date of result and citation, if known __N/A__

   (d) Grounds raised __Denial for Judge's Instruction On Good Faith Identification, Evidence Of Mr. Burke's Father [MEDFORD POLICE CAPTAIN] Both issue[s] were unsuccessful__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Massachusetts Supreme Judicial Court__

   (2) Result __Denied: On November 29, 2001.__

   (3) Date of result and citation, if known __N/A__

   (4) Grounds raised __The November 29, 2001,__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __N/A__

   (2) Result __N/A__
   __N/A__

   (3) Date of result and citation, if known __N/A__

   (4) Grounds raised __N/A__
   __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Essex Superior Court__

    (2) Nature of proceeding __New Trial Motion, Rule #30 (b)__

    (3) Grounds raised __Ineffective Assistance Of Counsel, Appellate And Trial
    Not arguing the Commonwealth's failure to disclose Exculpatory Impeachment__

AO 241 (Rev. 5/85)

<u>Appellate Counsel's failure to arguing Trial Court[s] failure to declare Mistrial, Appellate Counsel's failure to argue Trial Counsel's failure to request for [a]ny type of continuance after finding out the disclosure of material evidence, Improper and Suggestive Identification Procedure[s], Appellate Counsel's failure to object Trial Court's ALL-OR-NOTHING DEFENSE which denied this petitioner a lesser charge to the Jury.</u>

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐   N/A

(5) Result ___ N/A

(6) Date of result ___ N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___ N/A

(2) Nature of proceeding ___ N/A

(3) Grounds raised ___ N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result ___ N/A

(6) Date of result ___ N/A

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐   No ☐
(2) Second petition, etc.   Yes ☐   No ☐   N/A

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
___ N/A

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Improper Submission of irrelevant Evidence__

Supporting FACTS (state *briefly* without citing cases or law) __The Fact this Petitioner's Father Was a Medford Police Captain was Irrelevant to this Petitioner's case. This created a Substantial Risk of, Miscarriage Of Justice.__

B. Ground two: __Trial Court's failure to give an HONEST MISTAKE INSTRUCTION.__

Supporting FACTS (state *briefly* without citing cases or law): __One eye witness made numerous Identification[s] which was withheld until the day of Trial, The Victim did not know the Petitioner before the crime and during the course of this crime the Victim was awakened by the suspect and never really saw the suspect's face. Only a matter of seconds had elapsed Those instruction[s] should have given. this did Create a substantial risk of Miscarriage Of Justice.__

AO 241 (Rev. 5/85)

C. Ground three: <u>Ineffective Assistance Of Trial Counsel, To argue the withholding of Material Evidence, Not to ask for a continuance after declaring a mistrial, To argue Improper Identification procedure[s], To object and argue about Trial Court's all-or-nothing defense regarding lesser charge to jury, A.D.A. as witness as well.</u>

Supporting FACTS (state *briefly* without citing cases or law): <u>Trial Counsel's failure to argue or object regarding the issue[s] stated above created a substantial risk of Miscarriage of Justice each issue[s] goes to the witness and the only substantial evidence agains't this Petitioner....The Petitioner will further argue these issue[s] after He receives the opposition from the The State Of Massachusetts by the way of a Memorandum Of Law until then this Petitioner relies on each argument in [a]ll his recent Motion[s] filed within the State Court[s].</u>

D. Ground four <u>Ineffective Assistance Of Appellate Counsel, Not to Argue the With Holding material evidence, Failure to argue Trial Counsel's failure to ask for [a]ny type of continuance after declaring a mistrial, Failure to argue Trial-Court's all-or-nothing defense regarding lesser charge to jury, A.D.A as witness, Suggestive identification procedure[s].</u>

Supporting FACTS (state *briefly* without citing cases or law): <u>Appellate Counsel's failure to argue or raise all the above issue[s] stated above created a substantial risk of Miscarriage of Justice each issue[s] goes to the witness and the only substantial evidence agains't this Petitioner....The Petitioner will further support these argument[s] after he gets the response from the State Of Massachusetts by the way of a Memorandum Of Law until then this Petitioner relies on each argument presented in [a]ll his recent Motion[s] filed within the State Court[s].</u>

E. Ground Four, Actual Innocence of the Charge of Carjacking, M.G.L.s 265 §21A.

The Petitioner is actually innocence of the Car Of Carjacking the Claim is insufficient as a matter of law on that count, This claim will also be supported by the way of Memorandum Of Law after the State of Massachusetts answer[s] this claim right now the Petitioner is only claiming what he has from day one.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☒  No ☐    Rule #30 Motion. See ¶10 of this Petition.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  <u>Edward Hayden, 7, Franklin Street, Lynn, Massachusetts, 01902</u>

    Phone #(781)-599-1190, Fax #(781)-598-1190.

    (b) At arraignment and plea  <u>Attorney Hayden, [Same Address Above]</u>

AO 241 (Rev. 5/85)

(c) At trial  Edward Hayden

(d) At sentencing  Edward Hayden

(e) On appeal  James Sultan

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: 
    N/A
    (b) Give date and length of the above sentence:  N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____N/A_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

June 7, 2004,
    (date)

_____Paul Burke_____
Signature of Petitioner

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Mr. Paul Burke who is Pro-Se sent by institutional mail a complete copy of this Petitioner's Petition under 28 U.S.C. §2254, And application to proceed without payment to the Superintendent, Carol Mici, M.C.I. Shirley Medium, Post Office Box #1218, Shirley, Massachusetts, 01464. On the Dated Typewritten below;

Dated: June 9, 2004,

                                   Respectfully Submitted,

                                   *Paul Burke*

CC: Filed.                    Mr. Paul Burke Pro-Se
    District Court       M.C.I. Shirley Medium W#66722
    Carol Mici           Post Office Box #1218
    Petitioner           Shirley, Massachusetts 01464