Mr. Paul Burke, Pro-Se
M.C.I. Shirley Medium W#66722
Post Office Box #1218
Shirley, Massachusetts 01464

FILED
IN CLERKS OFFICE
2005 FEB 7 P 3:07
U.S. DISTRICT COURT
DISTRICT OF MASS

Mr. Anthony Anastas Clerk,       Dated: February 1, 2005
UNITED STATES DISTRICT COURT
District Of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

RE: BURKE -Vs- MICI, Civil Docket For Case #: 1:04-cv-11357-RWZ,

Dear Assistant Clerk:

Enclosed please find the following documents accordingly;

1.) LETTER TO THE APPEALS COURT CLERK, ASHLEY BROWN AHEARN, DATED: 11/25/2004 REGARDING THE SUPERIOR COURT IGNORING MY NOTICE OF APPEAL

2.) LETTER TO THE ESSEX SUPERIOR COURT CLERK, THOMAS DIRISCOLL, DATED: 9/24/2004 REGARDING MY NOTICE OF APPEAL FOR COUNSEL ONLY

3.) DEFENDANT'S NOTICE OF APPEAL, DATED: SEPTEMBER 24, 2004, REGARDING TRIAL COURT'S DENIAL OF COUNSEL DUE TO A REPORT FROM THE COMMITTEE FOR PUBLIC COUNSEL SERVICES CLAIMING MY ISSUES HAVE NO MERIT OR CHANCE FOR SUCCESS ON APPEAL FROM JUDGEMENT

First off, I would ask respectfully, that this office at its own convenience send me a complete copy of my docket entry sheet and furthermore, I really need for this Court to intervene WITHIN, these matters. [a]ny assistance is greatly appreciated.

THANK YOU FOR YOUR COMPLETE COOPERATION IN ADVANCE

Sincerely Yours,

*Paul Burke*
Mr. Paul Burke Pro-Se

CC: Filed.



Mr. Paul Burke
M.C.I. Shirley Medium W#66722
Post Office Box #1218
Shirley, Massachusetts 01464

Ashley Brown Ahearn Clerk,         Dated: November 25, 2004,
Commonwealth Of Massachusetts
Massachusetts Court Of Appeal[s]
Three Center Plaza, 7Th Floor
Boston, Massachusetts 02108

RE: <u>REQUEST FOR ASSISTANCE, REGARDING THE DOCKETING OF A RECENT DENIAL OF COUNSEL
REQUEST, WHICH WAS APPEALED ON SEPTEMBER 24, 2004,</u>

Dear Ms. Ahearn:

Enclosed please find the following document[s] accordingly;
1.) LETTER TO THE ESSEX SUPERIOR COURT CLERK, DATED: September 24, 2004,
2.) DEFENDANT'S NOTICE OF APPEAL, DATED: September 24, 2004,

For the record, I had my family call this Court and they were told NO APPEAL EXISTED, I would ask this Court to acknowledge my recent Appeal in regards to Counsel.

Moreover, strictly for the purpose[s] of appellate Counsel to be appointed to conduct my EVIDENTIARY HEARING. This was already allowed June 29, 2004. However, the Trial Court sent my Motion to C.P.C.S. for screening purpose[s] only.

More importantly, DENIED on August 5, 2004, from the Director of Criminal Appeal[s] (Donald S. Bronstein) so I am forced into this insane situation. I am therefore appealing to your moral compassion in my time of need, please direct the Superior Court to forward my Notice Of Appeal to this Court so I can start the Legal Process. I would definitely appreciate [a]ny assistance in this matter.

THANK YOU FOR YOUR COOPERATION IN THESE MATTER[S]

Respectfully Yours,

CC: Filed.
    Thomas H. Driscoll

_____
Mr. Paul Burke Pro-Se

APPEALS COURT
At the direction of the court the within papers are returned to you. Your notice of appeal was docketed by the Superior Court on 9/24/04. Your appeal cannot be entered in this court until the trial court assembles the record, and transmits it to this court.
                                    The Clerk's Office
12/7/04

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT

ESSEX. SS,                                      Superior Court Docket,
                                                #1999-00055,

COMMONWEALTH OF MASSACHUSETTS
                    Plaintiff

                    -Vs-

MR. PAUL BURKE
                    Defendant

DEFENDANT'S NOTICE OF APPEAL

Now comes the Defendant, Mr. Paul Burke who is Pro-Se in these proceeding[s], WHEREFORE, the named Defendant gives notice of Appeal, pursuant to M.R.A.P. Rule 3(a) of his intent Appeal certain OPINION, RULING, DIRECTION AND/OR JUDGMENT, of the Superior Court in this matter, On 9-23-2004. (Quinlan,J.)
This Defendant would FURTHER request that his Appeal be directed to a Single Justice in the Massachusetts Appeal[s] Court.
In regards to the Appointment of Counsel for a critical stage in these proceeding[s], [EVIDENTIARY HEARING] [CALLING WITNESS[ES] evidence being presented agains't the defendant.

Dated: September 24, 2004,                    Respectfully Submitted,


CC: One Of Four copies [filed]       _____Paul Burke_____
                                      Mr. Paul Burke Pro-Se
                                      M.C.I. Shirley Medium W#66722
                                      Post Office Box  #1218
                                      Shirley, Massachusetts 01464

CERTIFICATE OF SERVICE

I hereby certify that I sent by first class mail a copy of the notice of appeal to the Assistant District Attorney, Valerie DePalma, 1 East India Square, Salem, Massachusetts 01970 on the date written below;

Dated: September 24, 2004                    Respectfully Submitted,


                                      _____Paul Burke_____
                                      Mr. Paul Burke Pro-Se

SCANNED DATE: 2/8/05 BY: M.P.

Mr. Paul Burke
M.C.I. Shirley Medium W#66722
Post Office Box #1218
Shirley, Massachusetts 01464

SCANNED
DATE 2/4/05
BY M.P.

RECEIVED
DEC - 3 2004
APPEALS COURT

Mr. Thomas H. Driscoll Clerk,            Dated: September 24, 2004,
Commonwealth Of Massachusetts
Superior Court Department
34, Federal Street
Salem, Massachusetts 01970

RE: <u>COMMONWEALTH -Vs- BURKE, Essex Superior Court #1999-00055</u>

Dear Mr. Driscoll:

    Enclosed please find the following document[s] accordingly;
1.) DEFENDANT'S NOTICE OF APPEAL
2.) CERTIFICATE OF SERVICE

    I would appreciate any and all assistance in this matter. I will therefore await your reply patiently.. Please send a complete copy of my docket entry sheets back as soon as possible, for Appeal purposes only.

    Very Truly Yours,

CC: Filed

    *Paul Burke*
    Mr. Paul Burke Pro-Se