Mr. Paul Burke, Pro-Se
M.C.I. Shirley Medium W#66722
Post Office Box #1218
Shirley, Massachusetts 01464

Mr. Anthony Anastas Clerk,
UNITED STATES DISTRICT COURT
District Of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Dated: February 28, 2005,

FILED
CLERKS OFFICE
2005 MAR -2 P 1: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: <u>BURKE -Vs- MICI, Civil Docket #2004-cv-11357 RWZ;</u>

Dear Mr. Anastas:

    Please be advised, On February 1, 2005, I wrote this Office about a problem I was having with the State Court, regarding the assembly of my trial record for purposes of Appeal. The Superior Court of Essex County has hindered my course of Appeal in this matter where I am innocent this should be a concern for this Court <u>or any Court for that matter.</u>

    More importantly, I asked for a copy of my docket entry from this Court in the above-entitled matter, I can only hope this Honorable Court will respond to this request, I would apprciate it. I will therefore await your reply by the way of my docket entry sheets and/or status report on the case at bar.

<u>THANK YOU FOR YOUR COMPLETE COOPERATION IN ADVANCE</u>

Sincerely Yours,

Paul Burke
Mr. Paul Burke

CC: Filed.